# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN AUCHENBACH,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF MADERA, et al.,<br><br>        Defendants.          / | Case No. 1:16-cv-01645-DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATIONS TO PROCEED IN FORMA PAUPERIS**<br><br>(Docs. 2 & 4) |

**ORDER**

Plaintiff Brian Auchenbach, a pro se litigant, filed a complaint on October 31, 2016, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 2.) On November 7, 2016, Plaintiff filed another application to proceed *in forma pauperis*, in which he provided additional information regarding his income from his employment. (Doc. 4.) Plaintiff's applications demonstrate entitlement to proceed without prepayment of fees. Accordingly, IT IS HEREBY ORDERED that Plaintiff's applications to proceed *in forma pauperis* are GRANTED.

IT IS SO ORDERED.

Dated:  **November 28, 2016**          /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE